

**BALL STATE UNIVERSITY**

September 17, 2025

Ms. Suzanne Swierc
Director of Health Promotion and Advocacy
Ball State Campus

*Via Hand Delivery*

Dear Ms. Swierc:

    I write with respect to your employment status at Ball State University. As you know, on or about September 10, 2025, you posted a statement on social media related to the assassination of Mr. Charlie Kirk. You posted your message to more than 1,000 social-media followers, including other members of the Ball State community. Your post was re-shared, with the addition of your University job title and University photo. As of today, the re-shared post has been viewed over 3.2 million times.

    Your post was also viewed by current Ball State students, many of whom have written to the University expressing their concerns, describing your conduct as inappropriate and unprofessional. The University also received communications from prospective students and their families, again, expressing concern about your conduct and indicating a concern about attending the University. The University also fielded a deluge of other complaints and inquiries from media and multiple external entities.

    Dr. Ro-Anne Royer Engle, Vice President for Student Affairs, has reviewed the information related to this matter, including the distinctive nature and trust involved in your student-serving leadership position in the Division of Student Affairs, the instructions she has consistently given to senior staff members in Student Affairs about the care and caution that is necessary when making statements on social media, and the immediate negative and substantially disruptive impact of your conduct on our students, employees, prospective students, and other constituents.

    Dr. Royer Engle also considered the unprecedented level of disruption your post caused for the University and the Division of Student Affairs. In light of this information, as well as the information you were afforded an opportunity to provide to Employee Relations, Dr. Royer Engle has recommended that your employment with the University be terminated.

    Based on Dr. Royer Engle's recommendation, as well as my own review of the relevant information, I have decided to terminate your employment with Ball State University, effective immediately.

    Please coordinate with your immediate supervisor to return all University property in your possession. In order to obtain information about how to continue your health and dental benefits under COBRA, please contact the Payroll and Benefits Office (765-285-8461).

Sincerely,

Geoffrey S. Mearns
President

cc:    Dr. Ro-Anne Royer-Engle, Vice President for Student Affairs
       Personnel File

Office of the President
Muncie, Indiana 47306-0005 | Phone: 765-285-5555 | gsmearns@bsu.edu