UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUZANNE SWIERC,<br><br>   Plaintiff,<br><br> v.<br><br>GEOFFREY S. MEARNS, PRESIDENT OF BALL STATE UNIVERSITY, in his official and individual capacities,<br><br>   Defendant. | CASE NO. 1:25-cv-01897-JPH-TAB |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Eric S. Dreiband respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant Geoffrey S. Mearns in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States courts and/or state's highest courts: the Illinois Supreme Court (admitted November 5, 1992), the District of Columbia Court of Appeals (admitted April 3, 2006), the Supreme Court of the United States (admitted January 21, 2004), the U.S. Court of Appeals for the Second Circuit (admitted November 17, 2014), the U.S. Court of Appeals for the Third Circuit (admitted June 12, 2000), the U.S Court of Appeals for the Fourth Circuit (admitted June 13, 1996), the U.S Court of Appeals for the Fifth Circuit (admitted April 8, 2012), the U.S Court of Appeals for the Sixth Circuit (admitted December 19, 2012), the U.S Court of Appeals for the Seventh Circuit (admitted December 15, 1992), the U.S. Court of Appeals for the Tenth Circuit (admitted June 13, 2014), the U.S. Court of

Appeals for the Eleventh Circuit (admitted June 25, 2014), the U.S. Court of Appeals for the District of Columbia Circuit (admitted April 28, 1999), the U.S. District Court for the Northern District of Illinois (admitted October 19, 1994), the U.S. District Court for the District of Maryland (admitted November 5, 2007), and the U.S. District and Bankruptcy Courts for the District of Columbia (admitted June 4, 2012).

    2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

    3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

    4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

October 15, 2025                                Respectfully submitted,

/s/ Eric S. Dreiband
Eric S. Dreiband
JONES DAY
esdreiband@jonesday.com
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone: + 1.202.879.3780
Facsimile: +1.202.626.1700

## **CERTIFICATE OF SERVICE**

I, Eric S. Dreiband, certify that on October 15, 2025 a copy of the forgoing Motion to Appear Pro Hac Vice was served on all registered parties through the CM/ECF system.

/s/ Eric S. Dreiband