UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUZANNE SWIERC,<br><br>    Plaintiff,<br><br>v.<br><br>GEOFFREY S. MEARNS, PRESIDENT OF BALL STATE UNIVERSITY, in his official and individual capacities,<br><br>    Defendant. | CASE NO. 1:25-cv-01897-JPH-TAB |

## ORDER GRANTING MOTION TO CONTINUE SETTLEMENT CONFERENCE

Upon consideration of the Parties' Joint Motion to Modify the Settlement Conference currently scheduled for December 16, 2025, and for good cause shown, the Court hereby grants the motion. [Filing No. 22.]

IT IS THEREFORE ORDERED that the settlement conference is reset for 1:30 p.m. on January 5, 2026, in room #234, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Tim A. Baker. All other requirements and deadlines set forth in the Court order of November 4, 2025, remain in effect. [Filing No. 21.]

Date: 11/12/2025

                                                  Tim A. Baker
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF