UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUZANNE SWIERC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-01897-JPH-TAB |
| ) | |
| GEOFFREY S. MEARNS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON JANUARY 5, 2026, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel on January 5, 2026, for a settlement conference. Settlement discussions were held, but no settlement was reached. Conference concluded without further order.

Date: 1/6/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email