UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SUZANNE SWIERC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01897-JPH-TAB |
| | ) | |
| GEOFFREY S. MEARNS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court orders the parties to prepare a proposed Case Management Plan and file it with the Court within 21 days of the date of this order.

Date: 1/14/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.