UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SUZANNE SWIERC,                                     )
                                                    )
              Plaintiff,                            )
                                                    )
       v.                                           )        No. 1:25-cv-1897-JPH-TAB
                                                    )
GEOFFREY S. MEARNS, PRESIDENT                       )
OF BALL STATE UNIVERSITY,                           )
in his official and individual capacities,          )
                                                    )
              Defendant.                            )

**Order**

The Court, having reviewed the parties' Joint Motion to Extend Time to File

Dismissal Documents, and being duly advised, hereby grants the motion. [Filing No. 35.]

IT IS THEREFORE ORDERED that the parties shall file their dismissal documents on or

before May 27, 2026.

       Date: 5/6/2026

                                          _____
                                          Tim A. Baker
                                          United States Magistrate Judge
                                          Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email