UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SUZANNE SWIERC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-1897-JPH-TAB |
| | ) | |
| GEOFFREY S. MEARNS, PRESIDENT | ) | |
| OF BALL STATE UNIVERSITY, | ) | |
| in his official and individual capacities, | ) | |
| | ) | |
| Defendant. | ) | |

**Joint Stipulation of Dismissal**

The parties, by their counsel, jointly stipulate to dismiss this case, with prejudice,

with each party to bear their own costs.

WHEREFORE, the parties jointly stipulate to dismiss this case.

/s/ Joshua T. Bleisch                         /s/ Eric S. Dreiband
Joshua T. Bleisch                             Eric S. Dreiband (w/ permission)
Stevie J. Pactor                              Rebecca S. Beale
Kenneth J. Falk                               JONES DAY
Gavin M. Rose                                 51 Louisiana Avenue, N.W.
1031 E. Washington St.                        Washington, D.C. 20001
Indianapolis, IN 46202                        (202) 879-3780
(317) 635-4059                                Fax: (202) 626-1700
Fax: (317) 635-4105                           esdreiband@jonesday.com
jbleisch@aclu-in.org                          rbeale@jonesday.com
spactor@aclu-in.org                           *Attorneys for Defendant*
kfalk@aclu-in.org
grose@aclu-in.org
*Attorneys for Plaintiff*