UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUZANNE SWIERC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:25-cv-1897-JPH-TAB |
| | ) |
| GEOFFREY S. MEARNS, PRESIDENT | ) |
| OF BALL STATE UNIVERSITY, | ) |
| in his official and individual capacities, | ) |
| | ) |
| Defendant. | ) |

> The court acknowledges the Joint Stipulation of Dismissal, Dkt. [37]. The Clerk is DIRECTED to close this case on the docket.
> JPH 6/4/2026.
> Distribution via ECF.

**Joint Stipulation of Dismissal**

The parties, by their counsel, jointly stipulate to dismiss this case, with prejudice,

with each party to bear their own costs.

WHEREFORE, the parties jointly stipulate to dismiss this case.

/s/ Joshua T. Bleisch
Joshua T. Bleisch
Stevie J. Pactor
Kenneth J. Falk
Gavin M. Rose
1031 E. Washington St.
Indianapolis, IN 46202
(317) 635-4059
Fax: (317) 635-4105
jbleisch@aclu-in.org
spactor@aclu-in.org
kfalk@aclu-in.org
grose@aclu-in.org
*Attorneys for Plaintiff*

/s/ Eric S. Dreiband
Eric S. Dreiband (w/ permission)
Rebecca S. Beale
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3780
Fax: (202) 626-1700
esdreiband@jonesday.com
rbeale@jonesday.com
*Attorneys for Defendant*